IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL T. WEAVER,
DOC # M24114
    Plaintiff,

v.                                       Case No. 4:18cv572-MW/CAS

JUDGE STACEY D. GLICK,
et al.,

    Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 10, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 14. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for lack of jurisdiction and as frivolous pursuant to 28 U.S.C. § 1915(e)(2). The Clerk of the Court shall note on the docket that this case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Defendant's Motion for Appointment of Counsel, ECF No. 15, is **DENIED.**" The Clerk shall close the file.

**SO ORDERED on June 4, 2019.**

                                                  **s/ MARK E. WALKER**
                                                  **Chief United States District Judge**